**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

ASHLEY HILL,

      Plaintiff,

v.                                 Case No.  3:21-cv-1030-TKW/HTC

CU RECOVERY INC,

      Defendant.

_____/

**NOTICE REGARDING ADMISSION TO PRACTICE**

**To:   THOMAS J. PATTI, ESQ.**
**THE LAW OFFICES OF JIBRAEL S. HINDI**
**110 SE 6TH STREET, SUITE 1744**
**FORT LAUDERDALE, FL 33301**

The above-styled case has been filed in the Northern District of Florida and you are listed as counsel or co-counsel of record for **ASHLEY HILL**. Our records indicate, however, that you are not admitted to the bar of this District. Pursuant to Rule 11.1, you must be admitted to practice in the Northern District of Florida.

Please refer to the attorney admission procedures on our website: www.flnd.uscourts.gov. Select "Attorney Admission" from the Attorneys tab and complete the required steps. Non-Florida Bar members must register for pro hac vice admission. If you have any questions regarding admission, contact the Clerk's Office Attorney Admission Clerk at 850-470-8127.

After your admission is complete, you must file a notice of appearance to be

listed on the docket as counsel of record and to receive Notice of Electronic

Filings.

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

September 15, 2021                    s/ Jeremy Wright
DATE                                 Deputy Clerk