**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

**Case No.: 3:21-cv-1030-TKW-HTC**

ASHLEY HILL,

      Plaintiff,

v.

CU RECOVERY INC,

      Defendant.

_____/

**JOINT PROPOSED ORDER SETTING**
**PRETRIAL DEADLINES AND TWO-WEEK TRIAL PERIOD**

| | |
|---|---|
| 12-24-2021 | Initial Disclosures |
| 12-27-2021 | Joinder of parties and claims, and amendment of pleadings. |
| 06-28-2022 | Deadline to complete all discovery. |
| 07-29-2022 | Mediation must be completed. |
| 07-29-2022 | All dispositive and other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and memoranda of law must be filed. |
| 09-09-2022 | Joint pretrial stipulation must be filed pursuant to Local Rule 16.1(e). |
| 09-02-2022 | Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted. |
| 09-12-2022 | Final pretrial conference |
| 09-15-2022 | Commencement of two-week trial period. |

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida on _____, 2021.

_____
T KENT WETHERELL II
UNITED STATES DISTRICT JUDGE

Copies provided to:

      All Counsel of Record